UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA R. FINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC, et al.,<br><br>    Defendants. | Case No. 17-cv-01141-JST<br><br>**ORDER TO SHOW CAUSE;<br>SCHEDULING ORDER** |

By order dated July 24, 2017, the Court set a case management conference on September 13, 2017 at 2:00 p.m. ECF No. 33. The Court served its order on Plaintiff Latoya Finely at the address she provided to the Court. ECF No. 33-1. Plaintiff Finley did not appear on September 13, 2017.

Plaintiff is ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions against Plaintiff for her failure to appear as ordered. A written response to this order is due by October 12, 2017. A hearing on this order will take place on December 7, 2017 at 2:00 p.m. Plaintiff is ordered to be personally present at that hearing.

Plaintiff is further advised that if she fails to file a written response or fails to appear as ordered on December 7, 2017, the Court may impose further sanctions, including the dismissal of the action.

IT IS SO ORDERED.

Dated: September 13, 2017

                                                                     JON S. TIGAR<br>
                                                          United States District Judge