UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA R. FINLEY, <br>     Plaintiff, <br> v. <br> TRANSUNION, LLC, et al., <br>     Defendants. | Case No. 17-cv-01141-JST <br><br> **ORDER DISMISSING CASE** |

This matter came on for hearing on December 7, 2017, on the Court's order to show cause against Plaintiff Latoya Finley, ECF No. 43, and Defendant TransUnion, LLC's motion asserting that the case should be dismissed because Finley violated Civil Local Rule 3-9(a), ECF No. 44. Civil Local Rule 3-9(a) requires "[a]ny party representing him or herself without an attorney" to "appear personally" and "not delegate that duty to any other person who is not a member of this Court."

The Court's order to show cause required a written response by October 12, 2017. ECF No. 43 at 1. Finley did not file any response. The order also required Finely "to be personally present" at the December 7, 2017 hearing. Id. Finley did not appear.

Finley also failed to file a timely response to TransUnion's motion, and the Court ordered her to file a written response by November 17, 2017. ECF No. 47 at 2. The Court warned Finley that if she "fails to file a timely response in accordance with this order, the Court will deem the allegations in TransUnion's motion to be true and will dismiss this case with prejudice based on Finley's violation of Civil Local Rule 3-9(a), as well as her repeated failure to comply with the Court's orders." Id. A response purporting to be on Finley's behalf was filed on November 20, 2017, but it was signed "for Latoya Finley," indicating that someone else prepared the response.

ECF No. 48 at 3. The Court received no response to its order from Finley herself.

In light of all of the above, and for the reasons stated on the record at the December 7, 2017 hearing, this case is now dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 15, 2017

_____
JON S. TIGAR
United States District Judge